IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | CRIM. NO. 17-616 (FAB) |
|---|---|
| Plaintiff | |
| Vs. | |
| CARLOS ABREU-GARCIA | |
| Defendant | |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**HEREIN** appears defendant **Carlos Abreu-Garcia** pro se and most respectfully informs and requests:

1. Defendant hereby appeals pro-se to the First Circuit Court of Appeals the Judgment and Sentence entered in this case against him on 5/31/18.

**WHEREFORE** it respectfully from this Hon. Court requested that it take notice that defendant has filed a timely pro-se appeal in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of June, 2018.

Carlos Abreu Garcia
Inmate #13844-069
Metropolitan Detention Center
652 PR-28
Guaynabo, Puerto Rico 00969